EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG
California Bar #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 25 2004
at ___ o'clock and ___ m ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00320 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. §§ 841(a)(1), |
| v. | ) | 841 (b)(1)(B)] |
| | ) | |
| DAVID HAROLD MCGUIRE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

On or about June 24, 2004, in the District of Hawaii, defendant DAVID HAROLD MCGUIRE, did knowingly and intentionally possess, with intent to distribute, 100 grams or more, to wit:

approximately 370 grams, of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

Sentencing Allegations

The Defendant, DAVID HAROLD MCGUIRE, committed the offense set forth in this indictment while released on bail under Chapter 207 of Title 18, United States Code, and in violation of Title 18, United States Code, Section 3147.

Dated: August 25, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney


United States v. David Harold McGuire
Indictment
CR. No.

2